UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
|---|---|---|
| v. | ) ) ) | CR219-0040 |
| ALVARO HERNANDEZ | ) | |

PENALTY CERTIFICATION

The undersigned Special Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:   **Attempted Coercion and Enticement**
18 U.S.C. § 2422(b)
- Imprisonment for not less than 10 years nor more than life;
- Fine of not more than $250,000;
- Supervised release of at least 5 years and up to life;
- A mandatory $100 special assessment and a possible second special assessment under 18 U.S.C. §§ 3014 and/or 2259A; and
- Registration as a sex offender under the Sex Offender Registration and Notification Act.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

_____
Katelyn Semales
Special Assistant United States Attorney