# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR219-40**

United States of America

vs.
**Alvaro Hernandez**
**11:35 - 12:20**

Defendant/Age

**Joseph McCool**
U. S. Attorney

**Adrienne Browning**
Attorney for Defendant

- [✓] Plea agreement **(Received).**
- [✓] Defendant Sworn
- [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____.
- [✓] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **One (1)** of the indictment.
- [✓] Factual basis **Established.** **Oral.** **Plea Accepted** Witness for factual basis **Sgt. Michael Walker**.
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **Later Date** at **TBD**.
- [ ] Bond Continued ___ Bond modified to _____.
- Bond set at _____ _____
- [✓] Bond not made defendant in jail.
- [✓] Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**   Date **01/03/2020**

Court Reporter   **Debra Gilbert**   Probation Officer **Kayla Walker**

Courtroom Deputy Clerk   **Whitney Sharp**   U.S. Marshal **Marty**