IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 JAN -3 PM 4: 17
CLERK Casbell
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 219-cr-40 |
| ALVARO HERNANDEZ, | |
| Defendant. | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED**, this 3 day of January, 2020.

_____
LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA